**Electronically Filed
Supreme Court
SCPW-22-0000053
24-FEB-2022
08:47 AM
Dkt. 4 ODDP**

SCPW-22-0000053

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE ERNEST HOLMES, JR., Petitioner.

---

ORIGINAL PROCEEDING

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of petitioner Ernest Holmes, Jr.'s petition for writ of mandamus, filed on February 14, 2022, petitioner fails to demonstrate a clear and indisputable right to relief from this court and has alternative means to seek relief. See HRS § 846E-10 (setting forth the requirements for termination of registration of sex offenders and other covered offenders) and HRS § 560:5-106(2) (the family court has "exclusive jurisdiction over guardianships and related proceedings concerning minors"). Petitioner, therefore, is not entitled to the requested extraordinary writ. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative

means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

It is ordered that the petition for writ of mandamus is denied.

It is further ordered that the clerk of the appellate court shall process the petition for writ of mandamus without payment of the filing fee.

DATED:  Honolulu, Hawaiʻi, February 24, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins



2